**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Adan ZARATE–COBAIN, Defendant–
Appellant.**

**No. 14–2133.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 22, 2014.

Filed: Oct. 23, 2014.

Matt R. Molsen, Special, Assistant U.S. Attorney, U.S. Attorney's Office, argued, Omaha, NE, for Plaintiff–Appellee.

Gregory C. Damman, argued, Seward, NE, for Defendant–Appellant.

Adan Zarate–Cobain, argued, Leavenworth, KS, pro se.

Before LOKEN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Adan Zarate–Cobain directly appeals the below-Guidelines-range sentence the district court[1] imposed after he pled guilty to a drug charge. His counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), challenging the substantive reasonableness of Zarate–Cobain's sentence. In addition, counsel seeks leave to withdraw.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir.2009) (en banc) (describing appellate review of sentencing decisions); *United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir.2009) (where district court varied downward from Guidelines range, it was "nearly inconceivable" that court abused its discretion in not varying downward further). Finally, having independently reviewed the record pursuant to *Penson. v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

---

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.